[No. 12534–6–I.   Division One.   December 14, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY
C. OLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 78–1–00032–5, John F. Wilson, J., entered November 10, 1982. *Reversed* by unpublished opinion per Ringold, J., concurred in by Swanson and Scholfield, JJ.

[Nos. 5714–0–II; 6861–3–II.   Division Two.   December 29, 1983.]

*In the Matter of the Personal Restraint of*
FRED F. SNODGRASS, *Petitioner*.

THE STATE OF WASHINGTON, *Respondent*, v. FRED
F. SNODGRASS, *Appellant*.

Appeals from a judgment of the Superior Court for Lewis County, No. CR 78–5291, Dale M. Nordquist, J., entered June 17, 1981, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.

[No. 5957–6–II.   Division Two.   December 30, 1983.]

KITSAP COUNTY, *Respondent*, v. KITSAP COUNTY FIRE
PROTECTION DISTRICT No. 7, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 81–2–00194–9, Terence Hanley, J., entered October 26, 1981. *Reversed* and *remanded* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Worswick, J.